| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Sarah Weinstein for Ivy Garcia | REPORTER/TAPE NO.<br>FTR 9/28/07 9:30 -50; 10:05-15 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>WAYNE D. BRAZIL | DATE<br>September 28, 2007 | ☒ NEW CASE | CASE NUMBER<br>4-07-70579-WDB |

### APPEARANCES

| DEFENDANT<br>TEAL ROUNDS | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>JAMES GILLER | □ PD.<br>☒ APPT.<br>□ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>SASHI KEWALRAMANI | INTERPRETER | | | FIN. AFFIDAVIT SUBMITTED □<br>DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL □<br>COUNSEL APPOINTED □<br>PARTIAL PAYMENT OF CJA FEES ORDERED □ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>TAIFA GASKINS | | | | |

FILED
SEP 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| □ INITIAL APPEARANCE | □ PRELIMINARY HEARING | □ MOTION | | □ JUDGMENT & SENTENCING | | □ STATUS | |
| ☒ I.D. COUNSEL | □ OR ARRAIGNMENT | ☒ BOND POSTING/ SIGNING | | □ IA ON PETITION TO REVOKE PROB. | | □ TRIAL | |
| □ DETENTION HEARING | □ REMOVAL HEARING | □ CHANGE OF PLEA | | □ PROB. REVOC. OR SUPV. REL. HRG. | | □ OTHER | |

### INITIAL APPEARANCE

| □ ADVISED OF RIGHTS | □ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| □ ARRAIGNED ON INFORMATION | □ ARRAIGNED ON INDICTMENT | □ READING WAIVED SUBSTANCE STATED | □ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| □ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY<br>$100,000 | AMOUNT RECEIVED<br>$ | □ PASSPORT SURRENDERED DATE: No passport |
|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED                                                        REAL PROPERTY:
□ CASH  $                              □ CORPORATE SECURITY                         □

| ☒ MOTION FOR DETENTION | □ PRETRIAL SERVICES REPORT ORDERED | □ DETAINED | □ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF                                OTHER:

### PLEA

| □ CONSENT ENTERED | □ NOT GUILTY | □ GUILTY | □ GUILTY TO COUNTS: |
|---|---|---|---|
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | □ OTHER: |

### CONTINUANCE

| TO: 10/9/2007 | □ I.D. COUNSEL | □ BOND POSTING/ SIGNING | □ STATUS RE: CONSENT | □ JURY TRIAL |
|---|---|---|---|---|
| AT: 10:00 a.m. | □ FINAN. AFFIDAVIT SUBMITTED | □ PRELIMINARY HEARING OR ARRAIGNMENT | □ PLEA | □ BOND HEARING |
| BEFORE HON.<br>Wayne D. Brazil | □ DETENTION HEARING | | □ TO HEAR MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | | □ IDENTITY/REMOVAL HEARING | □ PRETRIAL CONFERENCE | □ PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | □ TRIAL SETTING | □ COURT TRIAL | ☒ STATUS |

### ADDITIONAL PROCEEDINGS

The Court appointed James Giller, Esq. as counsel for Defendant. Defendant waived an identity hearing. With regard to detention, given what the the AUSA learned from the Pretrial Services Report, the United States is comfortable with the Defendant going to a halfway house. Defendant would like to stay with a friend, Ms. Dorothy Douglas, who presently is caring for the Defendant's three year old son. The United States noted its objection to this request, given the Defendant's alleged history of using false names when contacted by law enforcement. The Court Ordered that Defendant would go to a halfway house in San Francisco, unless and until a bed opens in a halfway house in Oakland. Defendant will be released to the San Francisco halfway house on Monday, October 1, 2007. Defendant signed a bond and promised to abide by the conditions set forth therein. Defendant is next scheduled to appear before this Court on Tuesday, October 9, 2007, at 10:00 a.m., at which time the Court will reassess the Defendant's request to be released to stay with Ms. Douglas. Ms. Douglas should also appear at this hearing. Defendant is scheduled to appear in Montana before Judge Otsby on October 18, 2007, at 2:00 p.m.

Copies: WDB, Financial, PTS, stats