AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| TEAL ROUNDS | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-07-70579 WDB | CR 07-112-BLG-REC | 4-07-70579 WDB | CR 07-112-BLG-REC |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of 18 U.S.C. § 2251(a)

**DISTRICT OF OFFENSE**

DISTRICT OF MONTANA, BILLINGS DIVISION

**DESCRIPTION OF CHARGES:** USING, PERSUADING, INDUCING, ENTICING, OR COERCING A MINOR TO ENGAGE IN OR ASSIST ANY OTHER PERSON ENGAGE IN, ANY SEXUALLY EXPLICIT CONDUCT FOR THE PURPOSE OF PRODUCING ANY VISUAL DEPICTION AND SUCH ACTS HAVNG A RELATION TO INTERSTATE COMMERCE

**FILED**
OCT 1 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CURRENT BOND STATUS:**

☒ BAIL FIXED AT $100,000 Unsecured and Conditions were met.

☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes  Language:

**DISTRICT OF**

Ms. Rounds waived identity hearing and is ordered to appear in the Duty Magistrate Judge's court in Billings, MT, on October 15, 2007. WDB

10-10-07
Date

_Wayne D. Brazil_
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |