UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

October 11, 2007

**RECEIVED**

**FILED**
OCT 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Office of the Clerk
U.S. District Court, District of Montana
James F. Battin Courthouse
316 North 26th Street
Billings, MT 59101

OCT 15 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

Case Name:     US-v-Teal Rounds
Case Number:   4-07-70579-WDB     District of Montana #CR 07-112-BLG-REC
Charges:       18:2251(a)

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil. The following action has been taken:

( )   The U.S. Marshal has been ordered to remove this defendant
      to your district forthwith.
(X)   The defendant has a court appearance in your court on: 10/18/07

Enclosed are the following documents:
  original Rule 5 affidavit
  certified copy of *AO 94, Commitment to Another District*
  other misc documents

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: [signature]
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

CR-07-112-BLG-RFC.

Date: 10/15/2007

CLERK, U.S. DISTRICT COURT

By [signature]
Deputy Clerk